IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM DALE SMITH, JR.,

      Plaintiff,                    No. CIV 12-348 GEB EFB PS

      vs.

UNITED STATES,

      Defendant.             <u>ORDER</u>

                              /

      This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On February 24, 2012, the undersigned granted plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, but dismissed plaintiff's complaint pursuant to § 1915(e)(2), because the complaint is incomprehensible and it is unclear from plaintiff's complaint precisely what he is alleging and/or what relief he is seeking. Dckt. No. 5 at 3. Plaintiff was granted thirty days to file an amended complaint, assuming he could allege a cognizable legal theory and sufficient facts in support of that cognizable legal theory. *Id.* at 4.

      No amended complaint has yet been filed. However, on March 12, 2012, plaintiff filed a request for a hearing. Dckt. No. 6. Once again, plaintiff's filing is incomprehensible; therefore, it is unclear why plaintiff contends a hearing should be held or what issues plaintiff would seek

1

1  to discuss at a hearing. Regardless, because plaintiff's complaint was dismissed, there is
2  currently no operative complaint in this action. Accordingly, plaintiff's request for a hearing,
3  Dckt. No. 6, is denied.
4  DATED: March 14, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE